IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TIM WARR'S CUSTOM HOME PLANS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:07CV88-MHT |
| GENE HUGHES, | § § | |
| Defendant. | § § | |

### AFFIDAVIT

STATE OF ALABAMA   )
COUNTY OF HOUSTON  )

Before me, the undersigned Notary Public in and for said county and state, personally appeared Jake A. Norton, who being known by me and first duly sworn, deposes and says as follows:

My name is Jake A. Norton. I represent the Plaintiff in the above-styled action and file this Affidavit with regard to completion of service upon Gene Hughes. The Complaint in this action was filed and a Summons issued as to Defendant Gene Hughes by the Clerk of this Court on January 31, 2007. This is to certify that Lan McGriff served a copy of the Summons and Complaint upon Defendant Gene Hughes on February 12, 2007, as reflected by the attached copy of the signed Summons.

COCHRAN, CHERRY, GIVENS
SMITH, LANE & TAYLOR, P.C.

_____
JAKE A. NORTON
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 – Phone
(334) 793-8280 – Facsimile

*Attorney for Plaintiff*

**SWORN AND SUBSCRIBED** to before me, this the 13th day of February, 2007.

_____
**NOTARY PUBLIC**

My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 3, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

TIM WARR'S CUSTOM HOME PLANS, LLC

**SUMMONS IN A CIVIL ACTION**

V.

GENE HUGHES

CASE NUMBER: 1:07cv88-MHT

TO: (Name and address of Defendant)

Mr. Gene Hughes
433A N. Daleville Avenue
Daleville, AL 36322-2053

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jake A. Norton
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
P. O. Box 927
Dothan, AL 36302

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                        1/31/2007

CLERK                                                     DATE

*Ben [signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12 FEB 07 |
| NAME OF SERVER (PRINT) Lan McGriff | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
433A N. Daleville Ave
Daleville, AL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 FEB 07     _____
               Date              Signature of Server

P.O. Box 917, Dothan, AL 36302
Address of Server
334/794-1743

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.