IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIM WARR'S CUSTOM HOME PLANS, LLC, | § § § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CASE NO.: 1:07-cv-88-MHT |
| GENE HUGHES, | § § § | |
| DEFENDANT. | § | |

**ANSWER**

COMES NOW the Defendant, Gene Hughes, improperly sued in his individual capacity, and submits the following Answer to the Plaintiff's Complaint without waiving his Motion to Dismiss:

*NATURE*

1. The Defendant admits that his corporation, Daleville Real Estate and Construction Company, Inc. is in the business of constructing homes in and around Daleville, Alabama,, but denies the remaining allegations of Paragraph One of Plaintiff's Complaint.

*JURISDICTION AND VENUE*

2. The Defendant admits that Plaintiff has brought this action purportedly under the Federal Copyright Act of 1976, but denies that this Court has subject matter jurisdiction.

## THE PARTIES

3. On information and belief, the allegations of Paragraph Three of the Complaint are admitted.

4. The Defendant admits that he is a citizen of the United States and resides in Daleville, Alabama.

## STATEMENT OF FACTS

5. The allegations of Paragraph Five of the Complaint are admitted.

6. The Defendant admits that his corporation, Daleville Real Estate and Construction Company, Inc. is in the business of building homes.

7. The Defendant admits that Daleville Real Estate and Construction Company, Inc. purchased some home building plans from the Plaintiff.

8. The allegations of Paragraph Eight of the Complaint require neither an admission nor denial.

9. The Defendant admits that his corporation, Daleville Real Estate & Construction Company, Inc., purchased some homebuilding plans from the Plaintiff, but denies the remaining allegations of Paragraph Nine of the Complaint.

10. The Defendant is without sufficient information to either admit or deny the allegations of Paragraph Ten of the Complaint, and they are therefore, denied.

11. The allegations of paragraph eleven of the Complaint, as worded, are denied.

## COUNT I

12. The Defendant realleges paragraphs one through eleven above as if specifically setout herein.

13. The Defendant is without sufficient information to either admit or deny the allegations of paragraph thirteen of the Complaint, and they are, therefore, denied.

14. The Defendant is without sufficient information to either admit or deny the allegations of Paragraph Fourteen of the Complaint, and they are, therefore, denied.

15. The allegations of paragraph fifteen of the Complaint are denied.

16. The allegations of paragraph sixteen of the Complaint are denied.

17. The allegations of paragraph seventeen of the Complaint are denied.

18. The allegations of paragraph eighteen of the Complaint are denied.

19. The allegations of paragraph nineteen of the Complaint are denied.

20. The Defendant is without sufficient information to either admit or deny the allegations of paragraph twenty of the Complaint, and they are, therefore, denied.

20(A-D). To the extent that the prayer for relief setout in paragraphs 20 A-D require an admission or denial, those allegations are denied.

## COUNT II

21. The Defendant realleges paragraphs one through twenty above as if specifically setout herein.

22. The Defendant is without sufficient information to either admit or deny the allegations of paragraph twenty-two of the Complaint, and they are, therefore, denied.

23. The Defendant is without sufficient information to either admit or deny the allegations of paragraph twenty-three of the Complaint, and they are, therefore, denied.

24. The allegations of paragraph twenty-four of the Complaint are denied.

25. The allegations of paragraph twenty-five of the Complaint are denied.

26. The allegations of paragraph twenty-six of the Complaint are denied.

27. The allegations of paragraph twenty-seven of the Complaint are denied.

28. The allegations of paragraph twenty-eight of the Complaint are denied.

29. The Defendant is without sufficient information to either admit or deny the allegations of paragraph twenty-nine of the Complaint, and they are, therefore, denied.

29 (A-D). To the extent that the prayer for relief setout in paragraphs 29 A-D require an admission or denial, those allegations are denied.

## COUNT III

30. The Defendant realleges paragraphs one through twenty-nine above as if specifically setout herein.

31. The Defendant is without sufficient information to either admit or deny the allegations of paragraph thirty-one of the Complaint, and they are, therefore, denied.

32. The Defendant is without sufficient information to either admit or deny the allegations of paragraph thirty-two of the Complaint, and they are, therefore, denied.

33. The allegations of paragraph thirty-three of the Complaint are denied.

34. The allegations of paragraph thirty-four of the Complaint are denied.

35. The allegations of paragraph thirty-five of the Complaint are denied.

36. The allegations of paragraph thirty-six of the Complaint are denied.

37. The allegations of paragraph thirty-seven of the Complaint are denied.

38. The Defendant is without sufficient information to either admit or deny the allegations of paragraph thirty-eight of the Complaint and they are, therefore, denied.

38(A-D). To the extent that the prayer for relief setout in paragraphs 38 A-D requires an admission or denial, those allegations are denied.

### COUNT IV

39. The Defendant realleges paragraphs one through thirty-eight above as if specifically setout herein.

40. The Defendant is without sufficient information to either admit or deny the allegations of paragraph forty of the Complaint and they are, therefore, denied.

41. The Defendant is without sufficient information to either admit or deny the allegations of paragraph forty-one of the Complaint and they are, therefore, denied.

42. The allegations of paragraph forty-two of the Complaint are denied.

43. The allegations of paragraph forty-three of the Complaint are denied.

44. The allegations of paragraph forty-four of the Complaint are denied.

45. The allegations of paragraph forty-five of the Complaint are denied.

46. The allegations of paragraph forty-six of the Complaint are denied.

47. The Defendant is without sufficient information to either admit or deny the allegations of paragraph forty-seven of the Complaint and they are, therefore, denied.

47(A-D). To the extent that the prayer for relief setout in paragraphs 47 A-D require an admission or denial, those allegations are denied.

## COUNT V

48. The Defendant realleges paragraphs one through forty-seven above as if specifically setout herein.

49. The Defendant is without sufficient information to either admit or deny the allegations of paragraph forty-nine of the Complaint and they are, therefore, denied.

50. The Defendant is without sufficient information to either admit or deny the allegations of paragraph fifty of the Complaint and they are, therefore, denied.

51. The allegations of paragraph fifty-one of the Complaint are denied.

52. The allegations of paragraph fifty-two of the Complaint are denied.

53. The allegations of paragraph fifty-three of the Complaint are denied.

54. The allegations of paragraph fifty-four of the Complaint are denied.

55. The allegations of paragraph fifty-five of the Complaint are denied.

56. The Defendant is without sufficient information to either admit or deny the allegations of paragraph fifty-six of the Complaint and they are, therefore, denied.

56(A-D). To the extent that the prayer for relief setout in paragraphs 56 A-D requires an admission or denial, those allegations are denied.

## COUNT VI

57. The Defendant realleges paragraphs one through fifty-six above as if specifically setout herein.

58. The Defendant is without sufficient information to either admit or deny the allegations of paragraph fifty-eight of the Complaint and they are, therefore, denied.

59. The Defendant is without sufficient information to either admit or deny the allegations of paragraph fifty-nine of the Complaint and they are, therefore, denied.

60. The allegations of paragraph sixty of the Complaint are denied.

61. The allegations of paragraph sixty-one of the Complaint are denied.

62. The allegations of paragraph sixty-two of the Complaint are denied.

63. The allegations of paragraph sixty-three of the Complaint are denied.

64. The allegations of paragraph sixty-four of the Complaint are denied.

65. The Defendant is without sufficient information to either admit or deny the allegations of paragraph sixty-five of the Complaint and they are, therefore, denied.

65(A-D). To the extent that the prayer for relief setout in paragraphs 65 A-D requires an admission or denial, those allegations are denied.

### COUNT VII

66. The Defendant realleges paragraphs one through sixty-five above as if specifically setout herein.

67. The Defendant is without sufficient information to either admit or deny the allegations of paragraph sixty-seven of the Complaint and they are, therefore, denied.

68. The Defendant is without sufficient information to either admit or deny the allegations of paragraph sixty-eight of the Complaint and they are, therefore, denied.

69. The allegations of paragraph sixty-nine of the Complaint are denied.

70. The allegations of paragraph seventy of the Complaint are denied.

71. The allegations of paragraph seventy-one of the Complaint are denied.

72. The allegations of paragraph seventy-two of the Complaint are denied.

73. The allegations of paragraph seventy-three of the Complaint are denied.

74. The Defendant is without sufficient information to either admit or deny the allegations of paragraph seventy-four of the Complaint and they are, therefore, denied.

74(A-D) To the extent that the prayer for relief setout in paragraphs 74 A-D requires an admission or denial, those allegations are denied.

## COUNT VIII

75. The Defendant realleges paragraphs one through seventy-four above as if specifically setout herein.

76. The Defendant is without sufficient information to either admit or deny the allegations of paragraph seventy-six of the Complaint and they are, therefore, denied.

77. The Defendant is without sufficient information to either admit or deny the allegations of paragraph seventy-seven of the Complaint and they are, therefore, denied.

78. The allegations of paragraph seventy-eight of the Complaint are denied.

79. The allegations of paragraph seventy-nine of the Complaint are denied.

80. The allegations of paragraph eighty of the Complaint are denied.

81. The allegations of paragraph eighty-one of the Complaint are denied.

82. The allegations of paragraph eighty-two of the Complaint are denied.

83. The Defendant is without sufficient information to either admit or deny the allegations of paragraph eighty-three of the Complaint and they are, therefore, denied.

83(A-D). To the extent that the prayer for relief setout in paragraphs 83 A-D requires an admission or denial, those allegations are denied.

## COUNT IX
## BREACH OF CONTRACT

84. Defendant realleges paragraphs one through eighty-three above as if specifically setout herein.

85. The allegations of paragraph eighty-five of the Complaint are denied.

86. The allegations of paragraph eighty-six of the Complaint are denied.

87. The allegations of paragraph eighty-seven of the Complaint are denied.

88. The allegations of paragraph eighty-eight of the Complaint are denied.

89. The allegations of paragraph eighty-nine of the Complaint are denied.

## COUNT X
## CONVERSION

90. Defendant realleges paragraphs one through eighty-nine above as if specifically setout herein.

91. The allegations of paragraph ninety-one of the Complaint are denied.

92. The allegations of paragraph ninety-two of the Complaint are denied.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. This Court lacks subject matter jurisdiction due to Plaintiff's failure to register or preregister his building plans with the U.S. Copyright Office.

3. The Defendant pleads the affirmative defense of "innocent infringement."

4. The Defendant asserts the affirmative defenses of latches, estoppel and waiver.

5. One or more of the Plaintiff's claims are barred by the applicable statute of limitations.

6. The Defendant asserts that it did not have notice of the Plaintiff's alleged copyright at the time of the alleged infringement.

7. The Defendant asserts that Plaintiff is not entitled to statutory damages or attorney's fees due to Plaintiff's failure to register, preregister or otherwise provide notice of its alleged copyrights.

Respectfully submitted,

| | |
|---|---|
| s/ *Alan Livingston*_____ | s/ *William W. Nichols*_____ |
| ALAN LIVINGSTON (LIV007) | WILLIAM W. NICHOLS (NIC027) |
| *Attorney for Defendant* | *Attorney for Defendant* |
| LEE & McINISH, ATTORNEYS | LEE & McINISH, ATTORNEYS |
| 238 West Main Street  (36301) | 238 West Main Street  (36301) |
| Post Office Box 1665 | Post Office Box 1665 |
| Dothan, Alabama 36302 | Dothan, Alabama 36302 |
| Telephone (334) 792-4156 | Telephone (334) 792-4156 |
| Facsimile (334) 794-8342 | Facsimile (334) 794-8342 |
| alivingston@leeandmcinish.com | wnichols@leeandmcinish.com |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 16, 2007,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Jake A. Norton, Esq.

Dated this the 16th day of February, 2007.

s/ *William W. Nichols*_____
Of Counsel