IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIM WARR'S CUSTOM HOME PLANS, LLC, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CASE NO.: 1:07-cv-88-MHT |
| GENE HUGHES, | § § § | |
| DEFENDANT. | § | |

## **MOTION TO DISMISS**

COMES NOW the Defendant, Gene Hughes, and respectfully moves this Honorable Court for an order dismissing the above styled case for lack of subject matter jurisdiction on the following grounds:

1. Plaintiff filed its Complaint against Gene Hughes alleging that he violated the Federal Copyright Act of 1976, Title 17, U.S. Code by utilizing homebuilding plans prepared by Plaintiff on more than one occasion. (Complaint of Plaintiff).

2. Prior to filing suit, Plaintiff failed to register or preregister any of the alleged copyrighted homebuilding plans with the U.S. Copyright Office and Plaintiff's Complaint fails to allege compliance with the registration requirements of the Act. (Complaint of Plaintiff).

3. It is well-settled that a Plaintiff's registration of his copyright is a jurisdictional prerequisite to any copyright infringement suit in federal court. 17 U.S.C. §

411(a); *M.G.B. Holmes, Inc. v. Ameron Homes, Inc.*, 903 F.2d 1486, 1488 (11th Cir. 1990).

WHEREFORE, based upon the foregoing, the Defendant prays that this Court will dismiss the above case for lack of subject matter jurisdiction.

Respectfully submitted,

| | |
|---|---|
| s/ *Alan Livingston*_____ | *s/ William W. Nichols*_____ |
| ALAN LIVINGSTON (LIV007) | WILLIAM W. NICHOLS (NIC027) |
| *Attorney for Defendant* | *Attorney for Defendant* |
| LEE & McINISH, ATTORNEYS | LEE & McINISH, ATTORNEYS |
| 238 West Main Street (36301) | 238 West Main Street (36301) |
| Post Office Box 1665 | Post Office Box 1665 |
| Dothan, Alabama 36302 | Dothan, Alabama 36302 |
| Telephone (334) 792-4156 | Telephone (334) 792-4156 |
| Facsimile (334) 794-8342 | Facsimile (334) 794-8342 |
| alivingston@leeandmcinish.com | wnichols@leeandmcinish.com |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 16, 2007,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Jake A. Norton, Esq.

Dated this the 16th day of February, 2007.

s/ *William W. Nichols*_____
Of Counsel