IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TIM WARR'S CUSTOM          )
HOME PLANS, LLC,           )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      1:07cv88-MHT
                           )
GENE HUGHES,               )
                           )
    Defendant.             )
```

ORDER

It is ORDERED as follows:

(1) The motion to dismiss (Doc. No. 5) is treated as a motion for summary judgment.

(2) The motion for summary judgment is set for submission, without oral argument, on March 9, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 20th day of February, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE