IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TIM WARR'S CUSTOM HOME PLANS, LLC, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 1:07CV88-MHT |
| GENE HUGHES, | § § § | |
| Defendant. | § | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW the Plaintiff, after receiving Defendant's Motion To dismiss, and concedes that Plaintiff did not register his plans with the U.S. Copyright Office.

Plaintiff asks that if this Court dismisses Plaintiff's case, that it do so without prejudice so that Plaintiff may file a new complaint upon meeting the registration prerequisite. The Court of Appeals for the Eleventh Circuit has recognized that filing of a new complaint ordinarily is the proper way to proceed once the plaintiff has received a registration certificate. *M.G.B. Holmes, Inc. v. Ameron Homes, Inc.*, 903 F.2d 1486, 1489 (11th Cir 1990).

Dated: <u>February 6, 2007</u>                    Respectfully submitted,

                                                               **COCHCRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.**

                                                               *s/ Jake A. Norton*
                                                               **JAKE A. NORTON**
                                                               163 W. Main Street
                                                               P. O. Box 927
                                                               Dothan, AL. 36302
                                                               (334) 793-1555 – Phone
                                                               (334) 793-8280 – Facsimile

## CERTIFICATION OF SERVICE

I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Alan Livingston and William W. Nicholes.

Dated this the 6th day of March, 2007.

                                                                      *s/ Jake A. Norton*
                                                                      Of Counsel