IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TIM WARR'S CUSTOM           )
HOME PLANS, LLC,            )
                            )
     Plaintiff,             )
                            )       CIVIL ACTION NO.
     v.                     )         1:07cv88-MHT
                            )            (WO)
GENE HUGHES,                )
                            )
     Defendant.             )
```

OPINION

This lawsuit is before the court on defendant Gene Hughes's motion for summary judgment, filed February 16, 2007. In a response filed on March 6, 2007, plaintiff Tim Warr's Custom Home Plans, LLC, agreed that this case should be dismissed, albeit without prejudice. Hughes has orally informed the court that he has no objection to a dismissal without prejudice.

Accordingly, an appropriate judgment will be entered dismissing this case without prejudice.

DONE, this the 9th day of March, 2007.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE